STATE OF NEW JERSEY v. JIMMIE LEE ALLEN.

May 2, 1978. Petition for certification denied. (See 155 *N. J. Super.* 582)

. PIONEER NATIONAL TITLE INSURANCE COMPANY v. PHYLLIS LUCAS.

May 2, 1978. Petitions for certification granted. (See 155 *N. J. Super.* 332)

CHRISTINE O'BISO v. BOARD OF EDUCATION OF THE BOROUGH OF LINCOLN PARK, MORRIS COUNTY.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BRUCE ROSENTHAL.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. THERESA DELL.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL JAMES.

May 2, 1978. Petition for certification denied.